UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-26-1 (3)

IN RE: :
 :
TWO-COUNT GRAND JURY : ORDER TO SEAL INDICTMENT
INDICTMENT OF July 14, 2011 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on July 14, 2011, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing the arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 14 day of July, 2011.

UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE