IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-26-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SHAWN KENYATTA BEAMON | ) | |

This cause comes before the Court due to the unavailability of a transcript of proceedings held June 15, 2012. Pursuant to Rule 10(c) of the Federal Rules of Appellate Procedure, the court of appeals directed defendant (appellant) to serve a statement of evidence on the government (appellee), to which the government filed clarifications/additions.

A hearing was conducted on the matter this day and, to the best of the Court's recollection and ability, the proceedings of June 15, 2012, were summarized. Neither counsel for the government nor the defendant having objected to the summary as presented, it is hereby ORDERED that the statement of evidence as entered on the record April 19, 2013, is SETTLED and APPROVED and shall be included by the clerk in the record on appeal.

SO ORDERED, this 19 day of April, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE