IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CRIMINAL NO. 2:11-CR-26-1BO
CIVIL NO. 2:14-CV-71-BO

SHAWN KENYATTA BEAMON, )
)
Petitioner, )
) ORDER
v. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )

The papers in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

(X) The filing entitled "Petitioner's Pro Se Motion in Opposition of the Governments 28 U.S.C 2255 to Dismiss" **was not signed** or **did not have an original signature**.

( ) Other:

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected papers within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this __7__ day of May, 2015.

Terrence W. Boyle
United States District Judge